IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARIBBEAN SUN AIRLINES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2017 |
| | § | |
| TRAILBOSS ENTERPRISES, INC., and | § | |
| MARITZA IZALIA VASQUEZ | § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No. 9). The motion is granted. The initial pretrial and scheduling conference is reset to **November 20, 2014, at 9:00 a.m.** The joint discovery/case management plan is due by November 13, 2014.

SIGNED on September 17, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge