IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARIBBEAN SUN AIRLINES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2017 |
| | § | |
| TRAILBOSS ENTERPRISES, INC., and | § | |
| MARITZA IZALIA VASQUEZ | § | |
| | § | |
| Defendant. | § | |

## ORDER

Based on Caribbean Sun Airlines, Inc.'s motion for early mediation, (Docket Entry No. 11), and on Trailboss Enterprise, Inc.'s opposition, the court denies the motion to require mediation before the Rule 16 conference. At that conference, the court will discuss with counsel what information both sides need to provide the other to facilitate an efficient and effective mediation at an early stage in this litigation.

SIGNED on October 8, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge