**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CARIBBEAN SUN AIRLINES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-2017 |
| | § | |
| TRAILBOSS ENTERPRISES, INC. and | § | |
| MARITZA IZALIA VASQUEZ | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant Trailboss Enterprises, Inc. filed a Motion to Vacate Mediation Requirement. (Docket Entry No. 35). The court is persuaded that mediation would be futile. The Motion to Vacate Mediation Requirement is granted.

SIGNED on February 18, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge