IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CARIBBEAN SUN AIRLINES, INC.
d/b/a WORLD ATLANTIC AIRLINES,
a Florida corporation,                                    CASE NO. 4:14-cv-02017

      Plaintiff,

v.

TRAILBOSS ENTERPRISES,
INC., an Alaska corporation, and
MARITZA IZALIA VASQUEZ,
an individual,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CARIBBEAN SUN AIRLINES, INC. d/b/a WORLD ATLANTIC AIRLINES, files this Notice of Settlement and Motion for Dismissal pursuant to Fed. R. Civ. P. 41(a)(2), and further states the following:

1.    Plaintiff has settled all claims with Defendants and therefore respectfully requests that this Court enter an Order of Dismissal as to Defendants.

WHEREFORE, CARIBBEAN SUN AIRLINES, INC. d/b/a WORLD ATLANTIC AIRLINES, respectfully request that the Court enter an Order dismissing the case as settled, a proposed copy of which is attached hereto as Exhibit "A".

Respectfully submitted,

1

        **GRIFFIN SERRANO & EWING, P.A.**
Attorneys for CARIBBEAN SUN AIRLINES, INC.
 Landmark Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

 /s/ *Jonathan A. Ewing*
_____
Juan R. Serrano
Florida Bar No. 319510
Jonathan A. Ewing
Florida Bar No. 4097
Pri Email: service@griffinserrano.com
Sec Email: jaewing@griffinserrano.com
         esanchez@griffinserrano.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via CM/ECF on 6 April 2015, to all parties on the attached service list.

## Service List

Jeffrey S. Patterson, Esq.
Darrell Barger, Esq.
HARTLINE DACUS BARGER DREYER LLP
Attorneys for TRAILBOSS ENTERPRISES, INC.
8750 N. Central Expressway, suite 1600
Dallas, TX 75231
Tel: 214-369-3701
Fax: 214-369-2118
Email: jpatterson@hdbdlaw.com
Email: arussell@hdbdlaw.com
Email: dbarger@hdbdlaw.com

2

**GRIFFIN, SERRANO & EWING, P.A.**
BLACKSTONE BUILDING, SIXTH FLOOR, 707 SOUTHEAST 3RD AVENUE,
FORT LAUDERDALE, FLORIDA 33316, TELEPHONE (954) 462-4002, FACSIMILE (954) 462-4009